IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JUSTIN TILLMAN,** | ) | Civil Action No. 7:12-cv-00324 |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| **HAROLD W. CLARK,** | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED** **without prejudice** for failure to exhaust state court remedies; a certificate of appealability is **DENIED**; petitioner's motions to proceed in forma pauperis and to appoint counsel are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: July 25, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge